# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 16, 2026

Ms. Laura Benitez Geisler
Sommerman, McCaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Boulevard
Suite 1400
Dallas, TX 75219

Ms. Brianna Krominga
Office of the Attorney General
General Litigation Division
P.O. Box 12548
Austin, TX 78711-2548

Mr. Sean Joseph McCaffity
Sommerman, McCaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Boulevard
Suite 1400
Dallas, TX 75219

Ms. Jody L. Rodenberg
Sommerman, McCaffity, Quesada & Geisler, L.L.P.
3811 Turtle Creek Boulevard
Suite 1400
Dallas, TX 75219

    No. 25-40555   Bevill v. Fletcher
                USDC No. 4:19-CV-406

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*S. Rasheed*

By: _____
Shatyra Rasheed, Deputy Clerk
504-310-7646

_____

Case No. 25-40555

_____

Terry Bevill,

    Plaintiff - Appellee

v.

Jeffrey Fletcher,

    Defendant - Appellant